FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -9 P 2: 35

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CLEMENT, J.
February 8, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORBERT A. SIMMONS                              CIVIL ACTION

VERSUS                                          NO. 00-353

ARTHUR GOLDBERG, ET AL                          SECTION "N" (1)

It has been brought to the Court's attention that the above captioned case is related to Civil Action No. 99-2660 , previously allotted to Section "K" of this Court. Therefore,

IT IS ORDERED that this matter be TRANSFERRED to Section "K"(1) in accordance with Local Rule 3.1.1E.

TRANSFERRED TO:

SECT. K

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY FEB 9 2000

Fee____
Process____
X Dktd____
____ CtRmDep____
____ Doc. No.____