

**MINUTE ENTRY**
**DUVAL, J.**
**MARCH 1, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **METRO RIVERBOAT.**<br>**ASSOCIATES, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 99-2660** |
| **BALLY'S LOUISIANA, INC.**<br>**ARTHUR GOLDBERG, WALLACE BARR,**<br>**HILTON HOTELS CORPORATION** | **SECTION "K"(1)** |

(00-353)

### ORDER

It having come to the Court's attention that the following case is related to the above-styled matter:

Norbert A. Simmons v. Arthur Goldberg, et al., Civil Action No. 00-0353 Section "K"(1).

**IT IS ORDERED** that Norbert A. Simmons v. Arthur Goldberg, et al., Civil Action No. 00-0353 Section "K"(1) is hereby **CONSOLIDATED,** with the above-styled matter. All pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with **ONLY the docket number** of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the



DATE OF ENTRY  MAR 03 2000

consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

*[signature]*